IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-859-RJC-DCK

| STRATEGIC POWER SYSTEMS, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| SCIEMUS, LTD, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Michael D. Phillips, concerning Nicole A. Putnam on December 21, 2016. Ms. Putnam seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Nicole A. Putnam is hereby admitted *pro hac vice* to represent Defendant Sciemus, Ltd.

**SO ORDERED**.

Signed: December 22, 2016

David C. Keesler
United States Magistrate Judge